896 A.2d 454

IN THE MATTER OF THE COMMITMENT OF M.M.

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. M.M., DEFENDANT–APPELLANT.

Argued January 3, 2006—Decided January 26, 2006.

*Lon C. Taylor,* Assistant Deputy Public Defender, argued the cause for appellant (*Yvonne Smith Segars,* Public Defender, attorney).

*Joseph H. Enos, Jr.,* Assistant Prosecutor, argued the cause for respondent (*Sean F. Dalton,* Gloucester County Prosecutor, attorney).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Parker's opinion of the Appellate Division, reported at 377 *N.J.Super.* 71, 871 *A.*2d 707 (2005).

*For affirmance*—Chief Justice PORITZ and Justices LONG, LaVECCHIA, ZAZZALI, ALBIN, WALLACE and RIVERA-SOTO—7.

*Opposed*—None.